```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


CHADERICK A. INGRAM,
                                    NO. CIV. S-08-2490 FCD DAD PS
        Plaintiff,

    v.                              ORDER OF NON-RELATED CASES

GRANT JOINT UNION HIGH
SCHOOL DISTRICT, et. al.,

        Defendants .
_____/

CHADERICK A. INGRAM,
                                    NO. CIV. S-08-2547 LKK EFB PS
        Plaintiff,

    v.

SACRAMENTO POLICE
DEPARTMENT, et. al.,

        Defendants.
_____/

CHADERICK A. INGRAM,
                                    NO. CIV. S-08-2546 GEB DAD PS
        Plaintiff,

    v.

SACRAMENTO POLICE
DEPARTMENT, et. al.,

        Defendants.
_____/
```

```
CHADERICK A. INGRAM,
                                           NO. CIV. S-08-2545 LKK DAD PS
          Plaintiff,

     v.

SACRAMENTO POLICE
DEPARTMENT, et. al.,

          Defendants.
_____/
```

    The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 83-123(a).  Assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort or other economies.  Both actions involve the same or similar defendants, but the actions involve events specific to each party, the questions of fact are different, the questions of law are not novel, it is not clear that the same result should follow in both actions, and assignment to different judges would not entail substantial duplication of labor.

    Therefore, CIV.S-08-2547 LKK EFB PS, CIV.S-08-2546 GEB DAD PS, and CIV.S-8-2545 LKK DAD PS, shall not be reassigned to the undersigned judge.

    IT IS SO ORDERED.

DATED: October 29, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE