IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK A. INGRAM,

    Plaintiff,                    No. CIV S-08-2545 LKK DAD PS

    vs.

SACRAMENTO POLICE
DEPARTMENT, et al.,              <u>ORDER</u>

    Defendants.
_____/

    Plaintiff has filed an amended complaint. A party may amend his pleading once as a matter of course before being served with a responsive pleading. Fed. R. Civ. P. 15(a)(1). After a responsive pleading has been served, a party may amend his pleading "only with the opposing party's consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

    The defendants in this case served and filed an answer to plaintiff's initial complaint on October 30, 2008. The amended complaint dated and filed on November 4, 2008 was not filed as a matter of course and will be disregarded. Plaintiff may contact defendants' counsel about the possibility of obtaining defendants' written consent to the filing of an amended complaint, or plaintiff may seek the court's leave by filing a motion for leave to amend. Any motion for leave to amend must comply with the requirements of Local Rule 78-230, and a proposed amended complaint must be attached to the motion as an exhibit.

1

1  Plaintiff's amended complaint was accompanied by an application for waiver of
2  court fees and costs. The required filing fees were paid by defendants when they removed this
3  case from state court, and there are no additional fees or costs to be paid in the district court at
4  this time. Accordingly, plaintiff's application for waiver of court fees and costs will be denied as
5  unnecessary.

6  Plaintiff is advised that all documents submitted for filing in this case must be
7  captioned for filing in the United States District Court for the Eastern District of California.
8  Plaintiff is cautioned against using forms created for use in state courts, as such forms may cite
9  inapplicable authorities and may not meet federal standards.

10  IT IS ORDERED that:

11  1. Plaintiff's amended complaint filed November 4, 2008 (Doc. No. 11) will be
12  disregarded; and

13  2. Plaintiff's November 4, 2008 application for waiver of court fees and costs
14  (Doc. No. 10) is denied without prejudice.

15  DATED: November 6, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\ingram2545.ac.disregard