IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK A. INGRAM,

    Plaintiff,

vs.

SACRAMENTO POLICE DEPARTMENT, et al.,

    Defendants.

No. CIV S-08-2545 LKK DAD PS

ORDER

Plaintiff has filed numerous unnecessary or improper documents, all of which will be disregarded or denied pursuant to this order.

IT IS ORDERED that:

1. Plaintiff's response to motion to dismiss, memorandum in support of response, and further response to motion to dismiss (Doc. Nos. 18, 19, 20) will be disregarded because the defendants have not filed a motion to dismiss;

2. Plaintiff's response to defendants' request for admissions and interrogatories (Doc. No. 21) and plaintiff's request for admission (Doc. No. 23) will be disregarded because the documents have been filed in violation of Local Rules 33-250(c) and 36-250(c);

3. Plaintiff's request for summary judgment (Doc. No. 22) is denied without prejudice because the filing does not comply with Fed. R. Civ. P. 56 and Local Rule 56-260; and

1

4. Plaintiff's document titled "Court Decision," which has been docketed in error as an amended complaint(Doc. No. 25), will be disregarded because it has not been submitted pursuant to any rule or statute and lacks merit.

DATED: May 20, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\ingram2545.disregard2