IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHADERICK A. INGRAM,

    Plaintiff,                    No. CIV S-08-2545 LKK DAD PS

    vs.

SACRAMENTO POLICE
DEPARTMENT, et al.,               <u>ORDER</u>

    Defendants.

                        /

        Pursuant to a court order filed October 14, 2009, plaintiff is prohibited from filing in this case any document seeking summary judgment or noticing a hearing on summary judgment, absent a court order granting him leave to do so.  On November 10, 2009, plaintiff filed a motion for "Findings and Conclusions and Judgment on Partial Findings Pursuant to Federal Rules of Civil Procedure 52," noticed for hearing on December 11, 2009.  By this order, the motion is denied.

        Plaintiff's purported Rule 52 motion is frivolous because the rule applies only to cases that have been tried without a jury or with an advisory jury.  This case has not been tried and, if it proceeds to trial, Rule 52 will not apply because the case has been scheduled for a jury trial on July 20, 2010.  Plaintiff presents no analysis or discussion of Rule 52 but instead argues the merits of his claims and prays for judgment against defendants in an amount up to

$300,000,000.00 and for costs of suit. This motion fails to establish any basis for findings and conclusions or for judgment on partial findings under Rule 52.

Although plaintiff's motion is not presented as a motion for summary judgment, the motion seeks the same relief sought in plaintiff's defective summary judgment motions. As such, plaintiff's motion has been filed in violation of the order precluding plaintiff from filing motions for judgment in his favor. In addition, the submitting of a motion based on a rule that does not apply is a violation of Federal Rule of Civil Procedure 11. Plaintiff has been advised that by filing a document a party is certifying that he conducted a reasonable inquiry, is not presenting the document for any improper purpose, and is offering legal contentions supported by applicable law along with factual contentions that have evidentiary support. Fed. R. Civ. P. 11(b). The undersigned finds that plaintiff's motion was filed for the improper purposes of (1) flouting the court's October 14, 2009 order, (2) harassing defendants as well as the court, (3) causing delay, and (4) increasing the cost of this litigation for defendants and the court. The undersigned also finds that plaintiff filed his motion without conducting a reasonable inquiry into the application of the federal rule relied upon, failed to present a motion supported by applicable law, and failed to present factual contentions that have evidentiary support.

As a sanction for the filing of a frivolous motion in an apparent attempt to circumvent the court's order precluding the filing of summary judgment motions, the court will now preclude plaintiff from filing any motion or request, however named, in which he seeks judgment in his favor. See Fed. R. Civ. P. 11; Local Rule 11-110. In accordance with Local Rule 78-230, plaintiff must file timely opposition or a statement of non-opposition in response to any motion filed by defendants, and he must appear at the hearing of any such motion, but he may not file a motion or counter-motion for judgment in his favor.

/////
/////
/////

Accordingly, IT IS ORDERED that:

1. Plaintiff's November 10, 2009 motion for findings and conclusions and judgment on partial findings (Doc. No. 48) is denied and will not be placed on the court's calendar for hearing.

2. Plaintiff is prohibited from filing any motion or request, however named, for judgment in his favor. Failure to comply with this order will result in a recommendation that this action be dismissed with prejudice due to plaintiff's repeated violations of applicable rules and court orders.

DATED: November 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\ingram2545.ord.motden